KATTEN MUCHIN ROSENMAN LLP
Thomas J. Leanse (Cal. Bar No.: 84638)
Stacey McKee Knight (Cal. Bar No.: 181027)
Pamela Tsao (Cal. Bar No.: 266734)
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone:  310.788.4400
Facsimile:  310.788-4471

Attorneys for Plaintiff-Appellant
THE RETAIL PROPERTY TRUST

# UNITED STATES COURT OF APPEALS
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| THE RETAIL PROPERTY TRUST, a Massachusetts business trust,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA; CARPENTERS LOCAL UNION NO 803; JAMES FLORES, an individual; and DOES 1 through 100,<br><br>　　　　Defendants. | Case No. SACV10-1605-CJC (AJWx)<br><br>PLAINTIFF'S FINAL JUDGMENT<br><br>Hearing Date:  September 24, 2012<br>Time:<br>Place:　　411 W. Fourth Street<br>　　　　　　Courtroom 9B<br>　　　　　　Santa Ana, CA 92701 |

## FINAL JUDGMENT

The Clerk of the Court is directed to enter a final judgment, in a separate document as required by Federal Rule of Civil Procedure 58(a), dismissing the above-referenced case with prejudice .

IT IS SO ORDERED.

Dated:  September 14, 2012　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Cormac J. Carney